# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ARTHUR SCOTT BISSELL, | CASE NO. 06cv2384 JM(LSP) |
|---|---|
| Petitioner, | ORDER GRANTING REQUEST FOR ADDITIONAL TIME |
| vs. | |
| L.E. SCRIBNER, Warden, | |
| Respondent. | |

Respondent moves <u>ex parte</u> for additional time to file a response to the petition for writ of habeas corpus ("Petition"). Respondent identifies that he did not receive the court's December 15, 2006 scheduling order until February 21, 2007. For good cause shown, the court grants the requested continuance. Respondent shall file and serve a response to the Petition no later than April 20, 2007. Petitioner may file and serve a responding brief no later than May18, 2007. At that time, pursuant to Local Rule 7.1(d)(1), this matter will be taken under submission without oral argument.

**IT IS SO ORDERED.**

DATED: March 1, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties

06cv2384